**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| GREENPOINT MORTGAGE FUNDING INC., <br><br> Plaintiff, <br><br> v. <br><br> RESIDENTIAL FINANCE CORPORATION, <br><br> Defendant. <br>_____/ | No. C 10-05409 LB <br><br> **ORDER VACATING CMC, ORDERING PARTIES TO FILE DISMISSAL PAPERS BY MAY 6, 2011** |

The initial case management conference in this matter was scheduled for April 7, 2011. ECF No. 8. The parties filed a stipulation on April 1, 2011 stating that the case had settled and that they anticipated filing dismissal documents within 30 days. Joint Stipulation, ECF No. 9 at 1-2. Accordingly, the court hereby vacates the CMC set for April 7, 2011 and orders the parties to file dismissal documents by May 6, 2011.

**IT IS SO ORDERED.**

Dated: April 1, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05409 LB
ORDER VACATING CMC