SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
ALEX SEARS (State Bar No. 232491)
acs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Plaintiff
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENPOINT MORTGAGE FUNDING, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RESIDENTIAL FINANCE CORPORATION and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.:  4:10-cv-05409-LB<br><br>**STIPULATED DISMISSAL OF ACTION** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff GREENPOINT MORTGAGE FUNDING, INC. and Defendant RESIDENTIAL FINANCE CORPORATION (together, the "Parties") have entered into a written Settlement Agreement and Mutual Release ("Settlement Agreement").

Pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby jointly and mutually stipulate to the dismissal of this entire action with prejudice, and with each party to bear its own costs.

The Parties further hereby stipulate and agree that, notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

So Stipulated:

DATED: September 2, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ Alex Sears
Alex Sears

Attorneys for Plaintiff
GREENPOINT MORTGAGE FUNDING, INC.

DATED: September 2, 2011

MILLER STARR & REGALIA

By: /s/ David E. Harris
David E. Harris

Attorneys for Defendant
RESIDENTIAL FINANCE CORPORATION

So Ordered:

Dated: September 2, 2011

_____
LAUREL BEELER
United States Magistrate Judge

-1-

15314/0003/959201.1

CASE NO. 4:10-cv-05409-LB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL