| | |
|---|---|
| 1 | SUNNY S. HUO (State Bar No. 181071) |
|   | ssh@severson.com |
| 2 | ALEX SEARS (State Bar No. 232491) |
|   | acs@severson.com |
| 3 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 398-3344 |
|   | Facsimile:  (415) 956-0439 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | GREENPOINT MORTGAGE FUNDING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENPOINT MORTGAGE FUNDING, INC., | Case No.:  4:10-cv-05409-LB |
| Plaintiff, | **STIPULATED DISMISSAL OF ACTION** |
| vs. | |
| RESIDENTIAL FINANCE CORPORATION and DOES 1 through 20, inclusive, | |
| Defendants. | |

---

15314/0003/959201.1

CASE NO. 4:10-cv-05409-LB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT, ALL PARTIES,
2  AND THEIR ATTORNEYS OF RECORD:
3  Plaintiff GREENPOINT MORTGAGE FUNDING, INC. and Defendant RESIDENTIAL
4  FINANCE CORPORATION (together, the "Parties") have entered into a written Settlement
5  Agreement and Mutual Release ("Settlement Agreement").
6  Pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii),
7  the Parties hereby jointly and mutually stipulate to the dismissal of this entire action with
8  prejudice, and with each party to bear its own costs.
9  The Parties further hereby stipulate and agree that, notwithstanding the dismissal, this
10 Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.
11 So Stipulated:

DATED: September 2, 2011                SEVERSON & WERSON
                                        A Professional Corporation

                                        By:        /s/ Alex Sears
                                                    Alex Sears

                                        Attorneys for Plaintiff
                                        GREENPOINT MORTGAGE FUNDING, INC.

DATED: September 2, 2011                MILLER STARR & REGALIA

                                        By:        /s/ David E. Harris
                                                    David E. Harris

                                        Attorneys for Defendant
                                        RESIDENTIAL FINANCE CORPORATION


So Ordered:

Dated: September 2, 2011                _____
                                        LAUREL BEELER
                                        United States Magistrate Judge